AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-mj-00044-RMM |
| PATRICK MONTGOMERY, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT PATRICK MONTGOMERY                                                                    .

Date:      06/22/2023

/s/ *John M. Pierce*
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

JOHN PIERCE LAW P.C.
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
*Address*

JPierce@johnpiercelaw.com
*E-mail address*

(213) 400-0725
*Telephone number*

*FAX number*